AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of New York

United States of America
v.
ROBERT TANTALO

Defendant(s)

Case No. 26-MJ-630

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 2025-March 2026 in the county of Monroe in the Western District of New York, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 2314 | Transportatin of Stolen Goods in Interstate Commerce |
| 18 USC 2315 | Sale of Stolen Goods in Interstate Commerce |

This criminal complaint is based on these facts:

See the affidavit of Joshua Aldinger, Task Force Officer (TFO), Homeland Security Investigations (HSI), which is incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Aldinger, TFO, HSI

*Printed name and title*

Submitted electronically in .pdf format. Oath administered and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/26/2026

*Judge's signature*

City and state: Rochester, New York

Hon. Mark. W. Pedersen, US Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF MONROE ) ss:
CITY OF ROCHESTER )

I, JOSHUA ALDINGER, being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy with the Monroe County Sheriff's Office (MCSO) and am currently assigned as a Task Force Officer (TFO) with Homeland Security Investigations (HSI). As a TFO, I am responsible for investigating federal crimes, to include wire fraud, money laundering, aggravated identity theft, conspiracy, and other federal criminal violations. Through my training and experience, I am familiar with the methods, routines, and practices of individuals involved in theft and fraud schemes.

2. I submit this affidavit in support of a criminal complaint charging Robert TANTALO ("TANTALO") with violations of Title 18, United States Code, Section 1343 (Wire Fraud) and Title 18 United States Code, Sections 2314 and 2315 (Transportation and Sale of Stolen Goods in Interstate Commerce).

3. The information contained in this affidavit is based upon evidence gathered through an investigation conducted by the Monroe County Sheriff's Office (MCSO) and the Department of Homeland Security Investigations (HSI).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to law enforcement as a result of this investigation. Rather, I have set forth the facts that I believe are relevant to establish probable cause to support a criminal complaint.

**PROBABLE CAUSE**

5. TANTALO was the controller for a group of companies that operated under common management in the Western District of New York (hereinafter, collectively the "Victim Company"). As controller, TANTALO oversaw the Victim Company's accounting, auditing, financial reporting, and budget preparation. TANTALO also oversaw the Victim Company's bank accounts, credit cards, and assets and was responsible for disbursing funds to pay expenses and payroll. TANTALO had access to the personal information of every employee and member of the Victim Company.

6. The Victim Company issued credit cards to some of its employees for the payment of business expenses. TANTALO was responsible for obtaining those credit cards and distributing them to the appropriate employees. As a result, TANTALO had access to each of the Victim Company's bank account numbers, credit card numbers, expiration dates, and security codes.

7. In or around March 2026, TANTALO resigned from the Victim Company. After TANTALO's departure, the Victim Company discovered unauthorized charges on a particular credit card (hereinafter "CARD 1").

8. CARD 1 was issued in the name of one of the Victim Company's owners (hereinafter "Individual 1"). Only one of the Victim Company's employees (hereinafter "Individual 2") was authorized to use CARD 1 for certain business expenses.

9. TANTALO was responsible for making the monthly payments towards CARD 1. He was not authorized to use CARD 1 for any purpose, whether business or personal.

10. Following TANTALO's departure, the Victim Company discovered that, beginning in or around February 2025 and continuing through in and around March 2026, there were multiple unauthorized charges on CARD 1.

11. Neither Individual 1 nor Individual 2 made any of these purchases.

12. Rather, beginning in or around February 2025 through and including in or around April 2026, TANTALO used CARD 1 to make approximately 248 personal, unauthorized purchases totaling approximately $492,996.96.

13. In general, these transactions fell into three different categories: (1) tax payments for TANTALO'S personal residence (hereinafter "TANTALO's RESIDENCE"); (2) online purchases of gift cards and electronics from Target; and (3) online purchases of electronics from Amazon, which TANTALO then resold on eBay.

14. TANTALO masked his unauthorized purchases by using multiple Victim Company bank accounts to make structured payments towards the balance of CARD 1.

15. TANTALO also concealed his fraudulent purchases by making false entries in the Victim Company's books and records.

16. During this investigation, I reviewed CARD 1's account statements, the Victim Company's bank statements, and records obtained from various retailers (including Target, Amazon, and eBay), the County of Monroe, and the Town of Greece. The following summarizes my findings.

**PAYMENT OF PROPERTY TAXES**

17. CARD 1's account statements included the following property tax payments:

| Date | Name | Amount |
|---|---|---|
| 3/3/2025 | County of Monroe | $12,170.84 |
| 5/30/2025 | County of Monroe | $14,633.66 |
| 6/2/2025 | Town of Greece | $11,499.11 |

| | | |
|---|---|---|
| 10/2/2025 | Town of Greece | $5,813.06 |
| | **TOTAL** | **$44,995.19** |

18. According to records obtained from Monroe County, TANTALO was the sole owner of TANTALO's RESIDENCE beginning in or around June 2020 through and including in or around March 2026.

19. Records obtained from Monroe County confirm that the payments listed above were applied towards property taxes due on TANTALO's RESIDENCE.

20. According to the Victim Company, TANTALO was not authorized to use CARD 1 or any of the Victim Company's funds to make any of the property tax payments listed above.

**PURCHASES OF GIFT CARDS AND ELECTRONICS FROM TARGET**

21. CARD 1's account statements show that, beginning in or around February 2025 through and including in or around March 2026, TANTALO used CARD 1 to make approximately 24 purchases totaling approximately $9,319.18.

22. According to Target's records, these purchases included approximately 14 $200 Visa gift cards, four iPads, and one Apple watch.

23. Each of the purchases was made *via* the Internet using the following Target.com account:

Name: ROBERT A. TANTALO
E-Mail Address: BOB.TANTALO@GMAIL.COM
Mailing Address: TANTALO's RESIDENCE

24. The purchased gift cards were all delivered digitally to the buyer.

25. All four of the iPads were shipped to TANTALO at TANTALO's RESIDENCE.

26. The Apple Watch was picked up by the buyer in person at the Target in Greece, New York.

27. According to the Victim Company, TANTALO was not authorized to use CARD 1 or any of the Victim Company's funds to make any of the Target purchases listed above.

**PURCHASES OF ELECTRONICS FROM AMAZON**

28. According to records obtained from Amazon, beginning in or around June 2025 through and including in or around March 2026, CARD 1 was used to make approximately 318 purchases through Amazon totaling approximately $582,915.55.

29. The purchases included approximately 353 iPads, 133 MacBooks, 17 iPhones, and eight Apple Watches.

30. Each of these purchases was made *via* the Internet using the following Amazon Account:

Account Name: Robert Tantalo
E-Mail Address: bob.tantalo@gmail.com

31. Each of the purchases was shipped to TANTALO at TANTALO's RESIDENCE.

32. According to the Victim Company, TANTALO was not authorized to use CARD 1 or any of the Victim Company's funds to make any of the Amazon purchases discussed above.

**RESALE OF ELECTRONICS ON eBAY**

33. According to records obtained from eBay, the account "bnb-enterprises" is registered to TANTALO at TANTALO's RESIDENCE

34. Beginning in or around June 2025 through and including in or around February 2026, eBay account "bnb-enterprises" sold approximately 430 Apple products for a total value of $278,705.70. This included approximately 321 iPads, 87 MacBooks, 11 iPhones, and eight Apple Watches.

35. For example, Amazon records show that, on or about June 11, 2025, TANTALO purchased two iPads—one "Apple iPad 11-inch: A16 chip, 11-inch Model, Liquid Retina Display, 128GB, Wi-Fi 6, 12MP Front/12MP Back Camera, Touch ID, All-Day Battery Life — Blue" and one "Apple iPad 11-inch: A16 chip, 11-inch Model, Liquid Retina Display, 128GB, Wi-Fi 6, 12MP Front/12MP Back Camera, Touch ID, All-Day Battery Life"—for $738.14 each using CARD 1.

36. On or about June 13, 2025, Amazon shipped the blue and yellow iPads to TANTALO at TANTALO's RESIDENCE

37. eBay records show that, on or about June 19, 2025, account "bnb-enterprises" listed both iPads—the "Apple iPad (11th generation) A3354 128 GB, Wi-Fi, 11 in – Blue" and the "Apple iPad (11th generation) A3354 128 GB, Wi-Fi, 11 in – YELLOW" for sale.

38. The iPads were subsequently purchased by and shipped to sellers located outside of New York State.

39. TANTALO sold the blue and yellow iPads for approximately $280 and $267, respectively. That is over $1,000 less than what TANTALO paid to purchase the iPads using CARD 1.

40. By way of another example, Amazon's records show that, on or about September 4, 2025, TANTALO purchased four "Apple iPad 11-inch: A16 chip, 11-inch

Model, Liquid Retina Display, 128GB, Wi-Fi 6, 12MP Front/12MP Back Camera, Touch ID, All-Day Battery Life — Yellow" for a total of $1,291.68 using CARD 1.

41. On or about September 6, 2025, Amazon shipped the iPads to TANTALO at TANTALO's residence.

42. eBay's records show that, on or about September 5, 2025, account "bnb-enterprises" listed four "Apple iPad (11th generation) A3354 128 GB, Wi-Fi, 11 in – Yellow" for sale.

43. The iPads were subsequently sold and shipped to buyers located outside of New York State.

44. TANTALO sold the iPads for a combined total of $1,114.19, $100 less than he paid to purchase them using CARD 1.

45. Most recently, Amazon's records show that, on or about February 26, 2026, TANTALO purchased five "Apple iPad Pro 13-inch (M5): Ultra Retina XDR Display, 256GB, Landscape 12MP Front Camera/12MP Back Camera, LiDAR Scanner, Wi-Fi 7 with Apple N1, Face ID, All-Day Battery Life" for $ $6,585.84 using CARD 1.

46. On or about February 27, 2026, Amazon shipped the iPads to TANTALO at TANTALO's residence.

47. eBay's records show that, on or about February 26, 2026, the account "bnb-enterprises" listed five "Apple iPad Pro 13-inch (M5): Ultra Retina XDR Display, 256GB - Brand New" for sale.

48. All three iPads were subsequently purchased by and shipped to buyers located outside of New York State.

49. TANTALO sold the five iPads for a combined total of $4,997.50, over $1,500 less than what TANTALO paid to purchase the iPads using CARD 1.

**PAYMENTS TO CARD 1**

50. According to the Victim Company, TANTALO was the only person with access to all of the Victim Company's bank accounts and therefore was the only person who could have made the payments towards CARD 1 discussed below.

51. CARD 1's account statements show that TANTALO strategically paid off the balances using six different bank accounts, all belonging to the Victim Company, at four different banks.

52. In general, card holders pay their full balance at the end of each billing cycle. TANTALO, however, made numerous small payments throughout each month.

53. For example, between in or around October 2025 and in or around March 2026, TANTALO made the following number of payments towards CARD 1 using the Victim Company's Bank Accounts

| Month | Number of Payments | Victim Company Bank Accounts Used to Make Payments |
|---|---|---|
| October 2025 | 7 | BANK ACCOUNT 1<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3 |
| November 2025 | 9 | BANK ACCOUNT 1<br>BANK ACCOUNT 3<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3<br>BANK ACCOUNT 2<br>BANK ACCOUNT 1<br>BANK ACCOUNT 3<br>BANK ACCOUNT 2<br>BANK ACCOUNT 1 |

| | | |
|---|---|---|
| December 2025 | 6 | BANK ACCOUNT 2<br>BANK ACCOUNT 1<br>BANK ACCOUNT 3<br>BANK ACCOUNT 1<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3 |
| January 2026 | 8 | BANK ACCOUNT 1<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3<br>BANK ACCOUNT 4<br>BANK ACCOUNT 5<br>BANK ACCOUNT 1<br>BANK ACCOUNT 5<br>BANK ACCOUNT 2 |
| February 2026 | 12 | BANK ACCOUNT 1<br>BANK ACCOUNT 2<br>BANK ACCOUNT 3<br>BANK ACCOUNT 5<br>BANK ACCOUNT 3<br>BANK ACCOUNT 1<br>BANK ACCOUNT 2<br>BANK ACCOUNT 5<br>BANK ACCOUNT 1<br>BANK ACCOUNT 5<br>BANK ACCOUNT 1<br>BANK ACCOUNT 6 |
| March 2026 | 2[1] | BANK ACCOUNT 3<br>BANK ACCOUNT 2 |

54. TANTALO often made payments immediately after or within days of his unauthorized purchases.

55. For example, each time TANTALO used CARD 1 to pay property taxes on TANTALO's RESIDENCE, he quickly used multiple bank accounts to make multiple payments towards CARD 1, as shown below:

| Date | Transaction | Debit | Credit |
|---|---|---|---|
| 3/3/2025 | Payment to County of Monroe | -$12,170.84 | |
| 3/3/2025 | Payment from BANK ACCOUNT 1 | | $3,468.49 |

[1] TANTALO made both of these payments on or about March 2, 2026. According to the Victim Company, his last day was March 6, 2026.

| | | | |
|---|---|---|---|
| 3/18/2025 | Payment from BANK ACCOUNT 2 | | $6,331.66 |
| | **TOTAL** | **-$12,170.84** | **$9,800.15** |

| Date | Transaction | Debit | Credit |
|---|---|---|---|
| 5/30/2025 | Payment to County of Monroe | -$14,633.66 | |
| 6/2/2025 | Payment to Town of Greece | -$11,499.11 | |
| 6/4/2025 | Payment from BANK ACCOUNT 3 | | $8,771.00 |
| 6/4/2025 | Payment from BANK ACCOUNT 2 | | $13,981.00 |
| 6/4/2025 | Payment from BANK ACCOUNT 1 | | $ 5,981.36 |
| | **TOTAL** | **-$26,132.77** | **$28,733.36** |

| Date | Transaction | Debit | Credit |
|---|---|---|---|
| 10/2/2025 | Payment to Town of Greece | -$5,813.06 | |
| 10/2/2025 | Payment from BANK ACCOUNT 1 | | $ 4,536.00 |
| 10/3/2025 | Payment from BANK ACCOUNT 3 | | $ 2,650.00 |
| | **TOTAL** | **-$5,813.06** | **$ 7,186.00** |

56. Based on my training, experience, and knowledge of this investigation, I respectfully submit that the source, amount, and frequency of the payments TANTALO made towards CARD 1 evidence his intent to avoid detection.

**FALSE ENTRIES IN THE VICTIM COMPANY'S BOOKS AND RECORDS**

57. The Victim Company's accounting software automatically tracks who makes each entry into its ledger. According to this audit system, TANTALO falsely recorded each of the payments towards CARD 1 as maintenance supplies, repairs, capital replacements, and other business expenses.

58. For example, on or about June 4, 2025, CARD 1's account statement showed a $5,981.36 payment from BANK ACCOUNT 1. TANTALO entered this same payment as "Capital Replacements-Flooring" in the Victim Company's books, as shown below:




59. On or about June 4, 2025, CARD 1's account statement showed an $8,771.00 payment from BANK ACCOUNT 3. TANTALO entered this same payment as "Other Capital Replacements" in the Victim Company's books, as shown below:




60. On or about October 3, 8, and 23, 2025, CARD 1's account statement showed a series of payments: $2,650 from BANK ACCOUNT 3, $4,950 from BANK ACCOUNT 2, and $3,033.84 from BANK ACCOUNT 3. TANTALO entered these payments as "Capital Replacements- Kitchen Cabinets" and "Maintenance Supplies" in the Victim Company's books, as shown below:



Journal Information Reconciled Both

Journal Date
10/31/2025

Reference
N/A

Post Month
10/2025

Notes
Cardmember Services : Capital Replacements and Supplies

| Property | Account | Debit | Credit | Notes |
|---|---|---|---|---|
| [redacted] | Operating Cash | 0.00 | 4,950.00 | |
| | Capital Replacements - Kitchen Cabinets | 4,950.00 | 0.00 | |
| | Operating Cash | 0.00 | 2,650.00 | |
| | Maintenance Supplies | 2,650.00 | 0.00 | |
| | Operating Cash | 0.00 | 3,033.84 | |
| | Maintenance Supplies | 3,033.84 | 0.00 | |
| | | $10,633.84 | $10,633.84 | |

Activity Feed

Type @username to notify users of comments ...

a year ago

Journal - Added

by Bob Tantalo on 11/04/2025

61. As a final example, on or about February 28, 2026, CARD 1's account statement showed an $18,330.90 payment from BANK ACCOUNT 2. TANTALO broke that single payment down into multiple entries in the Victim Company's books and labeled them "Maintenance Supplies," "Snow Removal Supplies," and "Other Capital Replacements," as shown below:



Journal Information Reconciled Both

Journal Date
02/28/2026

Reference
N/A

Post Month
02/2026

Notes

| Property | Account | Debit | Credit | Notes |
|---|---|---|---|---|
| [redacted] | Operating Cash | 0.00 | 18,330.90 | Mainte |
| | Maintenance Supplies | 2,255.00 | 0.00 | Mainte |
| | Snow Removal Supplies | 3,660.00 | 0.00 | Mainte |
| | Maintenance Supplies | 3,529.00 | 0.00 | Mainte |
| | Other Capital Replacements | 8,886.90 | 0.00 | |
| | | $18,330.90 | $18,330.90 | |

Activity Feed

Type @username to notify users of comments

8 months ago

Journal - Added

by Bob Tantalo on 03/03/2026

**CONCLUSION**

62. Based upon the forgoing, the undersigned respectfully submit that there is probable cause to believe that TANTALO committed the TARGET OFFENSES.

Joshua Aldinger
Deputy, Monroe County Sheriff's Office
Task Force Officer, Homeland Security Investigations

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 27th day of October, 2026.

HON. MARK W. PEDERSEN
United States Magistrate Judge